ROBERT SHERIDAN, Appellant, v. STATE OF NEVADA, Respondent.

No. 6616

July 10, 1973                                    511 P.2d 112

*Paul H. Lamboley,* of Reno, for Appellant.

*Robert List,* Attorney General, Carson City; *Robert E. Rose,* District Attorney, and *Kathleen M. Wall,* Assistant Chief Deputy, Washoe County, for Respondent.

## OPINION

*Per Curiam:*

Pursuant to Anders v. California, 386 U.S. 738 (1967), appellant's court-appointed counsel has submitted a brief raising such issues as he believes the record may arguably support. A copy of counsel's brief has been furnished appellant, who has been allowed and has availed himself of the opportunity to raise additional issues he believes the record supports. Upon

examination of the proceedings, none of the issues raised by appellant or his counsel appear arguable. Hence, we summarily affirm appellant's conviction and sentence.

We direct the district court to give appellant's counsel the certificate specified in NRS 7.260 to enable him to receive compensation for his services on this appeal.